Honorable U.S. District Court Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LEAH CHAPPELL, | CIVIL NO. 3:16-cv-5847JLR |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $4,913.34 and expenses in the amount of $20.03 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, <u>JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501</u>.

AGREED ORDER RE EAJA FEES   - Page 1
[C16-5847JLR]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1  DATED: 24 July 2017

3  JAMES L. ROBART
   U.S. DISTRICT COURT JUDGE

   Presented by:

   /s/ JEANETTE LAFFOON
   JEANETTE LAFFOON, WSBA #30872
   Attorney for Plaintiff


   Approved for entry,
   Notice of presentation waived:


   /s/ DAVID BURDETT
   DAVID BURDETT
   Special Assistant U.S. Attorney
   Attorney for Defendant
   *(signed per email authorization)*


   CERTIFICATE OF ELECTRONIC FILING:

   This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   DAVID BURDETT
   Special Asst. U.S. Attorney
   Office of General Counsel
   701 5th Avenue, Suite 2900, MS 221A
   Seattle, WA 98104-7075
   David.burdett@ssa.gov

   Kerry J. Keefe
   Asst. U.S. Attorney
   Department of Justice
   U.S. Attorney's Office
   700 Stewart Street, Ste 5220
   Seattle, WA 98101-1271
   Kerry.keefe@usdoj.gov

AGREED ORDER RE EAJA FEES   - Page 2
[C16-5847JLR]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1   I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

2

3      NONE

4   DATED: July 20, 2017            /s/ Dawn Krech
                                               Dawn Krech, Legal Assistant

5                                                    MADDOX & LAFFOON, P.S.
                                                 mcdkrech@comcast.net

6

7

8

...

25

AGREED ORDER RE EAJA FEES   - Page 3            MADDOX & LAFFOON, P.S.
[C16-5847JLR]                                                     410-A South Capitol Way
                                                                                   Olympia, WA. 98501
                                                                                   (360) 786-8276