Honorable U.S. District Court Judge James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEAH CHAPPELL,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Civ. No. 3:16-CV-05847-JLR<br><br>ORDER FOR ATTORNEYS FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $19,932.50 pursuant to 42 U.S.C. § 406(b).

DATED this 23rd day of Jan., 2018.

_____
JAMES L ROBART
U.S. DISTRICT COURT JUDGE

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 1 of 2
[3:16-CV-05847-JLR]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

**CERTIFICATE OF ELECTRONIC FILING:**

This is to certify that I electronically filed the foregoing Plaintiff's proposed Order for Attorneys Fees with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Kerry J. Keefe, Asst. U.S. Attorney for the WD of WA (Kerry.keefe@usdoj.gov), and

David Burdett, Special Asst. U.S. Attorney, SSA-OGC (David.burdett@ssa.gov).

DATED: January 9, 2018

s/ Jeanette Laffoon
Jeanette Laffoon, Attorney
MADDOX & LAFFOON, P.S.
jeanettel@maddox-laffoon.com

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page 2 of 2
[3:16-CV-05847-JLR]

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516